# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| CITY OF KNOXVILLE, TENNESSEE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>NETFLIX, INC., and HULU, LLC,<br><br>                Defendants. | Case No.: 3:20-cv-00544-DCLC-DCP<br><br>District Judge Clifton L. Corker<br>Magistrate Judge Debra C. Poplin |

## ORDER GRANTING CONSENT MOTION TO EXTEND THE OPPOSITION AND REPLY DEADLINES TO DEFENDANTS' MOTIONS TO DISMISS

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 7.1, and for good cause, the Court hereby GRANTS Plaintiff, City of Knoxville, Tennessee ("Plaintiff") and Defendants Netflix, Inc., and Hulu, LLC (collectively "Defendants"), Consent Motion to extend Plaintiff's deadline to file its response in opposition to Defendant Netflix's Motion to Dismiss [Doc. 31] and Defendant Hulu's Motion to Dismiss [Doc. 35] through April 2, 2021, and to extend Defendants' deadline to their reply in support their Motions to April 16, 2021.

Plaintiff shall file its opposition to Defendant Netflix's Motion to Dismiss [Doc. 31] and Defendant Hulu's Motion to Dismiss [Doc. 35] on or before April 2, 2021. Defendants Netflix and Hulu shall file their respective reply in support of their Motion to Dismiss on or before April 16, 2021.

    **IT IS SO ORDERED.**

                                           ENTER:

                                           _/s/ Debra C. Poplin_
                                           Debra C. Poplin
                                           United States Magistrate Judge