# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| CITY OF KNOXVILLE, TENNESSEE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>NETFLIX, INC., and HULU, LLC,<br><br>    Defendants. | Case No.: 3:20-cv-00544-DCLC-DCP<br><br>District Judge Clifton L. Corker<br>Magistrate Judge Debra C. Poplin |

## ORDER GRANTING CONSENT MOTION TO EXTEND PAGE LIMIT FOR PLAINTIFF'S OPPOSITION TO NETFLIX, INC.'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 7.1, and for good cause, the Court hereby GRANTS Plaintiff, City of Knoxville, Tennessee's ("Plaintiff") Consent Motion to Extend Page Limit for Plaintiff's Opposition to Defendant Netflix, Inc.'s Motion to Dismiss.

Plaintiff has permission to extend the 25 page response in opposition page limit by 7 pages, allowing a total length of no more than 32 pages for Plaintiff's Opposition to Netflix, Inc.'s Motion to Dismiss.

SO ORDERED.

            ENTER:

            _____
            Debra C. Poplin
            United States Magistrate Judge