UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| CITY OF KNOXVILLE, TENNESSEE, | ) | |
| | ) | |
| Plaintiff, | ) | 3:20-CV-00544-DCLC-DCP |
| | ) | |
| vs. | ) | |
| | ) | |
| NETFLIX, INC. and HULU, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# JUDGMENT

This case came before the Court on the Motions to Dismiss filed by Defendants Netflix, Inc. and Hulu, LLC [Docs. 31, 35]. For the reasons stated in the accompanying Order, Defendants' Motions to Dismiss are **GRANTED**, and the City's Complaint is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close this case.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court